IN THE SUPREME COURT OF TEXAS

 No. 09-0106

 IN RE ALLIED CHEMICAL CORPORATION ET AL.

 On Petition for Writ of Mandamus

 CORRECTED

ORDERED:

 1. Relators' motion to stay underlying case, filed March 17, 2009,
is granted. All trial court proceedings in Cause No. C-4885-99-F(10),
styled Guadalupe Garza v. Union Pacific Railroad Company, et al., in the
332nd District Court of Hidalgo County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 09, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk